DAVID M. TALMADGE, *Respondent, v.* EDWARD N. WHITON and WILLIAM H. WHITON, *Appellants.*— Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM H. SEMLEAR, *v.* THE FIRE COMMISSIONER.— Writ quashed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* E. M. ROBERTS *v.* THE FIRE COMMISSIONER. —Writ of *certiorari* quashed on opinion in *People ex rel. Crafts* v. *The Fire Commissioner.* BARNARD, P. J. dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ALBERT A. JOY *v.* THE FIRE COMMISSIONER. — Writ of *certiorari* quashed on opinion in *People ex rel. Crafts* v. *The Fire Commissioner.* Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

IN THE MATTER OF PROVING THE LAST WILL, ETC., OF ANNA MARTIN, *Deceased.* — Decree of surrogate refusing to admit will reversed, and proceedings remitted to surrogate. — Opinion by DYKMAN, J.

NORMAN ANDREWS and others, *Respondents, v.* THE CITY OF BROOKLYN, *Appellant.* — Order continuing injunction affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

SAMUEL A. AVILA, *Respondent, v.* WILLIAM LOCKWOOD and EMORY W. McCLINTOCK, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF CHARLES H. BRACKETT, A PRIVATE IN THE THIRTEENTH REGIMENT. — Order reversed, with twenty-five dollars costs. Opinion by BARNARD, P. J.

IN THE MATTER OF JOHN W. BROWN, A PRIVATE IN THE THIRTEENTH REGIMENT. — Order reversed, with twenty-five dollars costs. Opinion by BARNARD, P. J.

ERNESTINA KOHN, *Respondent, v.* MARK SHWARTZ, *Appellant.* — Judgment and order denying new trial reversed and new trial granted upon questions of fact, costs to abide event, unless the plaintiff stipulates to reduce verdict to $100. If such stipulation is given, then jugment for that amount and costs affirmed, without costs of appeal. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

PHINEAS D. CROSBY, *Appellant, v.* HIRAM HOTALING and S. CURTIS PARK, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

JOHN GOTTLIEB, *Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.*—Reargument ordered. DYKMAN, J., not sitting.

MORRIS ROBINSON, *Appellant v.* JOHN R. LENT, *Respondent.* — Judgment affirmed, with costs. Opinion by GILBERT, J.